THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS RICARDO BALLESTEROS,<br><br>　　　　　Defendant. | CASE NO. CR16-0021-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on Defendant's unopposed motion to continue the trial date (Dkt. No. 23). Defendant seeks to continue trial to allow his defense counsel the reasonable time necessary for effective preparation of his case. (*See* Dkt. No. 24 at 1.) Defendant filed a speedy trial waiver consenting to a continuance of his trial date to any date up to and including August 31, 2016.  (Dkt. No. 24 at 1.)

　　　　Given that counsel requires more time to effectively prepare, the Court FINDS that the ends of justice served by continuing the trial date to June 6, 2016 outweigh the best interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv). The period of delay from the previous trial date of March 28, 2016  to the new trial date of June 6, 2016 is excludable time under 18 U.S.C. § 3161(h)(7)(A).

Defendant's motion (Dkt. No. 23) is GRANTED. It is hereby ORDERED that Defendant's jury trial date is continued from March 28, 2016 to June 6, 2016.

DATED this 7th day of March 2016.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk