THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS BALLESTEROS,<br><br>    Defendant. | CASE NO. CR16-0021-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to continue sentencing (Dkt. No. 40). The Court has been informed that the Government does not object to the continuance. Accordingly, the motion to continue (Dkt. No. 40) is GRANTED and the sentencing hearing in this case is CONTINUED from Tuesday, January 24, 2017 to Tuesday, March 7, 2017 at 9:00 a.m.

DATED this 19th day of January 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk