THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARLOS RICARDO BALLESTEROS, <br><br> Defendant. | CASE NO. CR16-0021-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's unopposed[1] motion to seal (Dkt. No. 38) its sentencing memorandum (Dkt. No. 39). Given the sensitive information contained in the filing, the Court finds good cause to seal. The motion to seal (Dkt. No. 38) is GRANTED. Docket Number 39 shall REMAIN sealed.

//
//
//

---

[1] Defendant's deadline to respond to the motion was January 24, 2017. *See* W.D. Wash. Local Crim. R. 12(b)(2). He did not do so. The Court construes this an admission that the motion has merit. *See* W.D. Wash. Local Crim. R. 12(b)(4).

MINUTE ORDER, CR16-0021-JCC
PAGE - 1

1      DATED this 25th day of January 2017.

William M. McCool  
Clerk of Court

s/ Paula McNabb  
Deputy Clerk