THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0021-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CARLOS RICARDO BALLESTEROS, | |
| Defendant. | |

This matter comes before the Court on the parties' motions to seal sentencing memoranda (Dkt. Nos. 44, 46). Given the sensitive nature of the information contained in the filings, the Court finds good cause to seal. The motions to seal (Dkt. Nos. 44, 46) are GRANTED. Docket Numbers 45 and 47 shall REMAIN sealed.

DATED this 24th day of February 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
PAGE - 1