THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0021-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CARLOS RICARDO BALLESTEROS, | |
| Defendant. | |

This matter comes before the Court on the Government's motion to seal its amended sentencing memorandum (Dkt. No. 51). Given the sensitive nature of the information contained in the filing, the Court finds good cause to seal. The motion to seal (Dkt. No. 51) is GRANTED. Docket Number 52 shall REMAIN sealed.

DATED this 1st day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
PAGE - 1