THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>CARLOS R. BALLESTEROS,<br><br>            Defendant. | CASE NO. CR16-0021-JCC<br><br>ORDER |

   This matter comes before the Court on Defendant's motion to modify the conditions of supervised release (Dkt. No. 71). Having thoroughly considered the briefing, the motion is GRANTED WITH CONDITIONS. The Court consulted with Probation and Pretrial Services who, in turn, consulted with persons contracted with the Court to provide sexual offender therapy. They reviewed Defendant's history and concluded that he is at no greater risk of committing a criminal sexual offense than other members of the general public, so long as his history is accurate. On this basis, special condition number 7, requiring a sexual deviancy evaluation, shall be STRICKEN once Defendant undergoes a sexual history polygraph to ensure the accuracy of his history.

//

//

ORDER
CR16-0021-JCC
PAGE - 1

DATED this 31st day of October 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE